Doug Griffith [State Bar No. 185333]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile: (626) 765-3030
Email: dgriffith@cunninghamswaim.com

Attorneys for Defendant,
DELTA AIR LINES, INC.,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RIOS, <br><br> Plaintiff, <br><br> vs. <br><br> DELTA AIR LINES, INC., EDWARD H. BASTIAN, JUDITH J. MCKENNA and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:26-cv-2030 <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)** <br><br> **DEMAND FOR JURY TRIAL** |

Defendant, DELTA AIR LINES, INC., hereby respectfully gives notice of its removal of the above-captioned action to this Court, upon the following bases:

1.    On January 15, 2026, Plaintiff ALEJANDRO RIOS (herein, "Rios" or "Plaintiff") filed his complaint in that certain lawsuit styled *Alejandro Rios vs. Delta Airlines, Inc.; Edward H. Bastian; Judith J. McKenna; and DOES 1 through 50, inclusive,* Superior Court of the State of California, County of Los Angeles, case number 26NNCV00305 (the "Underlying Action"), against Defendant DELTA AIR LINES, INC., (herein referred to as "Removing Defendant").

2.     Plaintiff caused to be served upon Removing Defendant a copy of a Summons (the "Summons") and the Complaint via Personal Service on January 26, 2026, when it was served on and received by Removing Defendant's Agent for Service of Process.  See the Service of Process Documents, attached as Exhibit A.  This service was Removing Defendant's first receipt of an initial pleading in the Underlying Action showing a basis for removal.

3.     Plaintiff alleges in his Complaint that Plaintiff is entitled to recover damages from Removing Defendant for an incident which occurred on December 30, 2025, on a flight operated by Removing Defendant from Los Angeles, California (LAX), to Queens, New York (LGA), with a connecting flight in Romulus, Michigan (DTW).

4.     Plaintiff's Complaint appears to assert against Removing Defendant causes of action for Negligence, Intentional Infliction of Emotional Distress, and Breach of Contract, and alleged violations of the California Unruh Civil Rights Act and Disabled Persons Act.

5.     Plaintiff prays in the Complaint for recovery of compensatory damages for replacement airfare and fees, physical pain, humiliation, emotional distress, and "consequential costs"; statutory damages in the amount of not less than $4,000 per violation; and punitive damages.  These claims exceed the minimum jurisdictional requirement for the amount in controversy of $75,000.

6.     Removing Defendant was and is a Delaware corporation with its principal place of business in Georgia.

7.     Removing Defendant is deemed to be a citizen of Delaware and Georgia, pursuant to 28 U.S.C. § 1332(c)(1) and the holding of *Hertz Corp. v. Friend* (2010) 559 U.S. 77.

8.     Plaintiff Alejandro Rios, according to the information pled in his Complaint, is a resident of the state of California, based on the address set forth for Plaintiff on his Complaint.

9.     The Underlying Action is a civil action over which this Court has subject matter jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by Removing Defendant pursuant to 28 U.S.C. §§ 1441 and 1446 based upon this Court's diversity jurisdiction, for the following reasons:

(a)     Plaintiff is a resident of a different state than defendant because (1) Plaintiff Alejandro Rios is an individual who lives in the State of California, and is thus a citizen of California; and (2) Removing Defendant Delta Air Lines, Inc. is a Delaware corporation with its principal place of business in Georgia, and thus Delta Air Lines, Inc. is a citizen of both Delaware and Georgia.

(b)     Plaintiff alleges a civil action against Removing Defendant.

(c)     The matter in controversy exceeds the sum or value of $75,000, and therefore Plaintiff's claims exceed the minimum jurisdictional requirement.

12.    As no defendant is a citizen of the same state as the plaintiff, removal is permissible under 28 U.S.C. § 1441(b)(2).

13.    Defendant is not required to obtain consent from any other defendant to remove this action to this Court.

14.    This case is being removed to the United States District Court for the Central District of California, which is the district and division within which the Underlying Action is pending. *See* 28 U.S.C. § 1446(a).

15.    Copies of all pleadings, process, orders, and other filings in the state court action to which the removing parties now have access are attached to this notice as required by 28 U.S.C. § 1446(a). Attached to this notice are true and correct copies of the following documents, which comprise all the documents from the state court docket that were received by the Removing Defendant in the Underlying Action:

-Exhibit B: The 1/15/2026 Complaint; The 1/15/2026 Summons; The 1/15/2026 Civil Case Cover Sheet; The 1/15/2026 Order on Court Fee Waiver; The 1/15/2026 Alternative Dispute Resolution Packet; The 1/15/2026 Notice of Case Assignment – Unlimited Civil Case; The 1/16/2026 Order to Show Cause

Failure to File Proof of Service; The 1/16/2026 Notice of Case Management Conference; The 1/16/2026 Certificate of Mailing for Notice of Case Management Conference Order to Show Cause Failure to File Proof of Service and The 2/24/2026 Answer to Complaint.

16.    Notice that this Notice of Removal has been filed is being provided to the state court and all other parties, pursuant to the applicable statute.

Dated:  February 25, 2026                    CUNNINGHAM SWAIM, LLP


By:  */s/ Doug Griffith*
Doug Griffith
Jonathan E. Hembree
Attorneys for Defendant,
DELTA AIR LINES, INC.,

NOTICE OF REMOVAL; DEMAND FOR JURY TRIAL

## **DEMAND FOR JURY TRIAL**

Defendant, DELTA AIR LINES, INC., hereby demands a trial by jury.

Dated:  February 25, 2026             CUNNINGHAM SWAIM, LLP


By:  */s/ Doug Griffith*
Doug Griffith
Jonathan E. Hembree
Attorneys for Defendant,
DELTA AIR LINES, INC.